IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS PIETA and MICHAEL BELL, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION 21-0034-WS-N |
| CDE SECURITY & AUTOMATION, LLC and BRAD JOSEPH CANOVA, | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

In accordance with the separate Order entered on this date, it is **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiffs, Dennis Pieta and Michael Bell, and against defendant CDE Security & Automation, LLC in the total amount of **$60,644.84**,. It is further **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiffs, Dennis Pieta and Michael Bell, and against defendant Brad Joseph Canova in the amount of **$27,314.92**, such amount to be joint and several with the judgment entered against CDE Security & Automation, LLC.

DONE and ORDERED this 15th day of July, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE